**UNITED STATES of America,
Plaintiff–Appellee**

v.

Daniel REYNA–CASTANON, also known as Rudolfo Garza Gutierrez, also known as Roudolfo Garza Gutierrez, also known as Rodolfo Gutierrez, also known as Rodolpho Garza, also known as Rodolfo Garza Gutierrez, also known as Jesus Gutierrez, also known as Daniel Constantino Reyna Castanon, also known as Joe Perez, also known as Daniel Constantine Reyna–Castonon, also known as Rudolfo Garza–Gutierrez, also known as Daniel Reyna Castanon, also known as Miguel Angel Reyna, Defendant–Appellant.

No. 10–20847
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 19, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S.

---

Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Andrew J. Williams, Kingwood, TX, for Defendant–Appellant.

Daniel Reyna–Castanon, Folkston, GA, pro se.

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Daniel Reyna–Castanon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Reyna–Castanon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.